AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-02394-AGT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Foster City Police Deparment

was received by me on *(date)*   04/02/2021   .

☑ I personally served the summons on the individual at *(place)*   1030 E Hillsdale Blvd, Foster City, CA 94404

on *(date)*   04/02/2021   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   04/02/2021

_____
*Server's signature*

Yi-fen Chen
*Printed name and title*

750 Alma Lane #8244
Foster City, CA 94404

_____
*Server's address*

Additional information regarding attempted service, etc: